UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS BOYER,

Plaintiff,

v.

KRS COMPUTER AND BUSINESS SCHOOL,

Defendant.

CIVIL NO. 00-1039 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon Counsel for Plaintiff John O. Murrin's Notice of Withdrawal of Counsel dated August 8, 2000 [Docket No. 5]. The Court will treat this as a Motion to Withdraw as Counsel for Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Plaintiff is denied without prejudice. See Local Rule 83.7(a).

Dated: August 17, 2000

JOHN M. MASON
United States Magistrate Judge

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK