UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS BOYER,

Plaintiff,

v.

KRS COMPUTER AND BUSINESS SCHOOL,

Defendant.

CIVIL NO. 00-1039 (RHK/JMM)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that oral argument on Plaintiff's Motion to Amend the Complaint will be held before the undersigned on November 27, 2000 at 10:30 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: November 8, 2000

JOHN M. MASON
United States Magistrate Judge

NOV 09 2000
FILED
...OSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK