UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DENNIS BOYER,

Plaintiff,

v.

KRS COMPUTER AND BUSINESS SCHOOL,

Defendant.

CIVIL NO. 00-1039 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on November 27, 2000 upon Plaintiff's Motion to Amend the Complaint. [Docket No. 13]. John O. Murrin, Esq. appeared on behalf of Plaintiff; Harry Kennedy, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff's Motion to Amend the Complaint [Docket No. 13] is granted, without prejudice to any defenses asserted by Defendant. Plaintiff shall file with the Clerk of Court and serve on Defendant an Amended Complaint no later than December 11, 2000.

2. Plaintiff's counsel shall pay a sanction in the amount of $150.00 to Defendant no later than December 11, 2000.

Dated: November 27, 2000

JOHN M. MASON
United States Magistrate Judge

FILED NOV 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK