**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dennis Boyer,

Plaintiff,

Civil No. 00-1039 (RHK/JMM)

v.

**ORDER**

KRS Computer & Business School,

Defendant.

---

Before the Court is Plaintiff Dennis Boyer's letter request for permission to file a motion for reconsideration of that part of the Court's September 10, 2001 Memorandum Opinion and Order ("September 10 Order") that disqualified the Affidavit of Angie Rumpza. A copy of Plaintiff's counsel's letter to the undersigned is attached to this Order, together with the several affidavits from himself, his client and members of his staff.[1] Boyer's counsel complains that a subsequent affidavit of Ms. Rumpza that was provided to the Court by defense counsel at the hearing on the summary judgment motion was "untimely submitted" and plaintiff had no "opportunity to deal with it and respond in any way."

---

[1] Local Rule 7.1(g) states that a letter request for leave to bring a motion for reconsideration shall not exceed two pages. While Local Rule 7.1(g) does not expressly prohibit the attachment of affidavits to the letter request, such conduct certainly violates the spirit of the rule, which seeks a concise statement of the reason why leave to move for reconsideration should be granted. Plaintiff's counsel is cautioned not to so "supplement" a letter submitted to the undersigned pursuant to Local Rule 7.1(g) again.



FILED SEP 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

That argument is not persuasive. The defendant's summary judgment motion was pending for well over a month. In that interim, Plaintiff neither brought a motion to strike the second affidavit from Ms. Rumpza, nor sought leave to supplement the record to address Ms. Rumpza's averments that she did not sign the June 5 "affidavit" under oath before a notary. Plaintiff's counsel had ample opportunity to deal with Ms. Rumpza's second affidavit and respond to it. Reconsideration of the disqualification of Ms. Rumpza's June 5 "affidavit" is not warranted.

Plaintiff's letter request for leave to make a motion for reconsideration is **DENIED**.

Dated: September 19, 2001

RICHARD H. KYLE
United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500