**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dennis Boyer,

Plaintiff,

Civil No. 00-1039 (RHK/JMM)

v.

**ORDER**

KRS Computer & Business School,

Defendant.

---

Before the Court is Plaintiff's letter request for leave to file a motion for reconsideration of the Court's September 17, 2001 Memorandum Opinion and Order ("September 17 Order"). A copy of Plaintiff's counsel's letter to the undersigned is attached to this Order.

The September 17 Order imposed sanctions against Plaintiff's counsel pursuant to Rule 11 following a motion brought by Defendant. The Court has considered the arguments of Plaintiff's counsel and concludes that reconsideration is not warranted. Accordingly, Plaintiff's letter request for leave to file a motion for reconsideration of the September 17 Order is **DENIED**.

Dated: October 1, 2001

RICHARD H. KYLE
United States District Judge



FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________